JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>NGS NEW GENERATION SCAFFOLD, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-05787-AB-SSC<br><br>[~~PROPOSED~~] JUDGMENT |

　　　Consistent with the Order Granting Motion for Default Judgment entered concurrently herewith, the Court ENTERS JUDGMENT AS FOLLOWS:

　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment as follows:

<u>　　　　　　AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS</u>

<u>SOUTHWEST TRUSTS' FIRST CLAIM FOR RELIEF AGAINST NGS NEW GENERATION SCAFFOLD, INC., a California corporation:</u>

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $17,865.76 |
| 2. | Liquidated damages based on original contributions | 4,058.25 |
| 3. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to December 1, 2023 (accruing at $4.20 per day) | 1,452.92 |
| 4. | Attorneys' fees pursuant to Local Rule 55-3 | 1,915.44 |
| **GRAND TOTAL** | | **$25,292.37** |
| 5. | Plus costs to be determined after entry of judgment. | |
| 6. | Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate provided therein. | |

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' SECOND CLAIM FOR RELIEF AGAINST NGS NEW GENERATION SCAFFOLD, INC., a California corporation:</u>

The Court **ORDERS** NGS NEW GENERATION SCAFFOLD, INC., a California corporation, to submit to Plaintiffs its reports for the period January 2023 and February 2023 with payment for the fringe benefit contributions.

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' THIRD CLAIM FOR RELIEF AGAINST NGS NEW GENERATION SCAFFOLD, INC., a California corporation:</u>

1. The Court **ENTERS** a permanent injunction restraining and enjoining NGS NEW GENERATION SCAFFOLD, INC., a California corporation, ("DEFENDANT"), for so long as it remains bound to make any payments or contributions to the PLANS, from failing to deliver or cause to be delivered to CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, the following:

    a. Complete, truthful, and accurate Employers Monthly Reports to Trustees for the period April 2023 to the present,

    b. A complete, truthful, and accurate Employers Monthly Report to Trustees covering all employees of DEFENDANT, employed during the previous month under the AGREEMENT,

    c. A declaration from a responsible employee of DEFENDANT, attesting from his or her personal knowledge under penalties of perjury to the completeness, truthfulness and accuracy for DEFENDANT's Monthly Report; and

    d. Checks for the full amount shown as owing to each Trust on DEFENDANT's Monthly Report, payable as designated on the Monthly Report.

**SO ORDERED.**

DATED: November 30, 2023

THE HONORABLE ANDRÉ BIROTTE JR.,
UNITED STATES DISTRICT JUDGE